IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                          NO.  4:00CR00230-001 SWW

JERALD LAMARD MILLER                                            DEFENDANT

## ORDER

The above entitled cause came on for final hearing January 14, 2014 on the government's superseding motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  There being no objection by the government, the Court finds that the petition for revocation should be dismissed.

IT IS SO ORDERED that the government's petition to revoke defendant's supervised release [doc #79] is ***DISMISSED*** with prejudice and the supervised release of defendant is hereby ***TERMINATED***.

DATED this 14th day of January 2014.

/s/Susan Webber Wright
United States District Judge